## King Appeal.

Argued April 29, 1965. Before BELL, C. J., MUS-
MANNO, JONES, COHEN, EAGEN, O'BRIEN and ROBERTS,
JJ.

*Norman Seidel*, with him *Justin K. McCarthy* and
*Daniel L. McCarthy*, for appellants.

*Alfred T. Williams, Jr.*, with him *H. P. McFadden*,
and *McFadden, Riskin & Williams*, for redevelopment
authority, appellee.

OPINION PER CURIAM, May 27, 1965:
Affirmed.

Mr. Justice ROBERTS would reverse because of the
authority's failure to comply with a rule of the court
below.